REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: 2:24cr88 |
| County/Parish: | Same Defendant: | New Defendant: Jeffrey Radtke |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒   FBI# ----
Defendant Name: Jeffrey Radtke   Alias Name(s):
Address: Bloomington, MN 55431
Birth Date: 1962   SS#: XXX   Sex: Male   Race: white   Nationality:   Place of Birth:
Height: 6'1"   Weight: 285lbs   Hair:   Eyes: blue   Scars/Tattoos:
Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: in | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: Trey Kelleter | ☐ Court Appointed |
|---|---|
| Address: 101 W Main Street, Suite 100, Norfolk VA 23510 | ☒ Retained |
| Telephone: 757-500-7666 | ☐ Public Defender |
| Email: trey@kelleterlaw.com | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Elizabeth Yusi | Telephone No. 757-441-6331 | Bar #: 91982 |

**Complainant Agency, Address & Phone Number or Person & Title:**

HSI, 200 Granby St, Norfolk, VA 23510 757-441-3600

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371/48 | Conspiracy to Create and Distribute Animal Crushing Videos | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |