AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:24CR88 |
| JEFFREY RADTKE | ) |
| Defendant | ) |

**FILED IN OPEN COURT**
SEP 2 4 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/24/24

_Defendant's signature_

_Signature of defendant's attorney_

Christa Groshek/Trey Kelleter
_Printed name of defendant's attorney_

_Judge's signature_

Elizabeth W. Hanes, USDJ
_Judge's printed name and title_