**GUILTY PLEA FELONY CRIMINAL INFORMATION MINUTES**

| | | | |
|---|---|---|---|
| Time Set: | 2:30 p.m. | Date: | 9/24/2024 |
| Started: | 2:24 p.m. | Presiding Judge: | Elizabeth W. Hanes, USDJ |
| Ended: | 2:51 p.m. | Courtroom Deputy: | D. Brandt |
| | | Reporter: | Jill Trail, OCR |
| | | U.S. Attorney: | Elizabeth Yusi |
| | | Defense Counsel: | Trey Kelleter / Christa Groshek |

☒ Retained ☐ Court appointed ☐ AFPD

Interpreter: 
U.S. Probation Officer: 

Case Number: 2:24cr88
USA v Jeffrey Radtke         ☐ in custody    ☒ on bond

☒ Guilty plea to a Criminal Information.
☒ Due Process Protections Act Order previously entered.
☒ Waiver of Indictment executed and filed in open court.
☒ Defendant sworn.
☒ Court fully advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.
☒ Plea agreement reviewed, executed, and filed in open court.  ☐ No plea agreement.
☒ Court advised defendant that by pleading guilty the right to a trial by jury is waived.
☒ Defendant satisfied with services of counsel.
☒ Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.
☒ Statement of Facts executed and filed in open court.
☒ Government presented factual basis thru summary by statement of facts.
☒ Court inquired as to voluntariness of plea.
☒ Court inquired as to threats or promises.
☒ Court inquired re: plea negotiations
☒ Defendant rearraigned and plea of guilty entered by defendant to Count <u>one of the criminal information.</u>
☒ Court accepts plea of guilty as to Count <u>one of the criminal information.</u>
☒ Court ☒ finds ☐ withholds finding defendant guilty as charged in Count <u>one of the criminal information</u>
☒ Continued for pre-sentence report.
☒ Sentencing set: <u>2/13/2025 at 1:00 p.m.</u> before U.S. District Judge <u>Elizabeth W. Hanes</u>
   ☒ Norfolk
☒ Sentencing Procedure Order entered and filed in open court.
☐ Consent Order of Forfeiture entered and filed in open court.
☒ Defendant continued on bond and ordered to appear on 2/13/25 and to comply with conditions of release    ☐ See Additional conditions of release.
    ☐ Court cautioned re bail jumping.
☐ Bond set _____    ☐ See conditions of Release
☐ Defendant remanded to custody of U.S. Marshal.
☐ 
☐ 
☐