# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

vs.                                                          Case No. 2:24-CR-00088

JEFFREY RADTKE

## **MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Jeffrey Radtke hereby moves the Court for a modification of the conditions of release ordered by the Court on September 24, 2024 due to a material change in his living circumstances. Currently, he is subject to the condition that he have "No unsupervised contact with domestic animals. Defendant can have his own cats, in his own home with his significant other." Since this order was made, Mr. Radtke's significant other has accepted a teaching position in Fargo, North Dakota and will only live in the home with Mr. Radtke on weekends and when school is not in session, placing Mr. Radtke at risk of violating the Court's order if he were to remain in the home without her.

As such, Defendant Radtke is requesting the condition of release be modified to allow him to have unsupervised contact with his own cats, in his own home, without requiring his significant other's presence or for her to live there full time. The Government has been made aware of this request and has no objection.

Signed this 25th Day of October, 2024

                                                                             /s/ Christa J. Groshek
                                                                             Christa J. Groshek, Esq.
                                                                             Groshek Law

           302 North Tenth Avenue
           Minneapolis, MN 55401
           (612) 827-3833
           christa@grosheklaw.com
           Attorney for Jeffrey Radtke

           _____\s_____
           Trey R. Kelleter, Esq.
           VSB #41606
           KelleterLaw PC
           101 W. Main Street, Suite 100
           Norfolk, Virginia 23510
           (757) 500-7666
           trey@kelleterlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of October 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record.

           _____\s_____
           Trey R. Kelleter, Esq.