





**Reply**
From: 5816250446 Simian Sam (owner)
From: [redacted] [redacted]
Attachments:

Size: 22579436
File name: IMG_3498.MP4
IMG_3498.MP4

4/4/2023 6:17:14 PM(UTC+0)

OMG the 1st couple of minutes are priceless. I mean I enjoy pure monkey carnage as much as the next person but there is something so special about a rat on the way to becoming irreversibly mentally damaged that warms my heart!

**Label:** Reply
4/4/2023 7:05:04 PM(UTC+0)

From: System Message System Message
<[redacted] joined the group via link>
4/4/2023 7:16:35 PM(UTC+0)

From: System Message System Message
<[redacted] joined the group via link>
4/4/2023 7:51:00 PM(UTC+0)

From: System Message System Message
<[redacted] joined the group via link>
4/4/2023 8:15:34 PM(UTC+0)

From: System Message System Message
<[redacted] joined the group via link>
4/4/2023 8:53:08 PM(UTC+0)

From: [redacted] [redacted]
Welcome to all of the newcomers!!!
4/4/2023 9:04:44 PM(UTC+0)

From: System Message System Message
<[redacted] joined the group via link>
4/4/2023 9:38:11 PM(UTC+0)





**From:** [redacted]

Tonights P.O.S

4/7/2023 3:32:24 PM(UTC+0)

➤ **Forwarded**
**From:** [redacted]

I need ideas quick and that's not a bad idea. If somebody could just find what he said so I can copy and paste I'm busy af rn

**Label:** Forwarded

4/7/2023 3:40:21 PM(UTC+0)

➤ **Forwarded**
**From:** [redacted]

Tonight. This P.O.S will meet allah

**Label:** Forwarded

4/7/2023 3:40:21 PM(UTC+0)

➤ **Forwarded**
**From:** [redacted]

**Attachments:**

**Size:** 5794178
**File name:** telegram-cloud-document-1-5008477087464424069 telegram-cloud-document-1-5008477087464424069

**Label:** Forwarded

4/7/2023 3:40:21 PM(UTC+0)

↩ **Reply**
**From:** [redacted]

> ➤ Forwarded
> **From:** [redacted]
>
> **Attachments:**
>
> **Size:** 5794178
> **File name:** telegram-cloud-document-1-5008477087464424069 telegram-cloud-document-1-5008477087464424069
>
> **Label:** Forwarded
>
> 4/7/2023 3:40:21 PM(UTC+0)

this rat doesn't know what awaits him yet ;) I would like to see his face and how surprised he will be when he gets his head for the first time

**Label:** Reply

4/7/2023 3:53:41 PM(UTC+0)

↩ Reply
From: [redacted] 仏

> From: [redacted]
> this rat doesn't know what awaits him yet ;) I would like to see his face and how surprised he will be when he gets his head for the first time
>
> Label: Reply
> 4/7/2023 3:53:41 PM(UTC+0)

You will

Label: Reply
4/7/2023 3:55:08 PM(UTC+0)

➤ Forwarded
From: [redacted]

1-Dog shock collar. Screaming pain shock feedback looping fun. 2-Electric popcorn popper. Put baby in under lid and turn on. Agitator will spin around causing the monkey to move and the hot plate will burn whatever touches it. Throw in popcorn for an extra treat. 3-needles, nails, and pins.. get em in the body. Clamp 1 of the metal piercings (-) and with the other side of the wire (+) touch other metal piercings. Tingling traveling sensational. 4-Starve a mobkey, then super/hot glue, seal its ass. Its at this point food can be reintroduced.. with a chocolate laxative dessert. 5-string up the monkey by its hands. Use fishing hooks and pierce into feet, chest, floppy nutsack..and then begin adding weight. I'm picturing a hook with a bucket and just adding sand until something gives. 6-After creating two stylish, foil vests, complete with foil belt, on two different monkies, hook up one vest to 1 side (+) of a car battery and the second vest the 2 side (-) of the same car battery. Then let the two monkies rush to one another in what I'm hoping would be an electrifying hug. 7-seal its mouth and return to its mom. Apparently that's all I had for that one. 8-force feed it a lot of antacids...and then a syringe of water. I'm curious what a monkey volcano would look like... 9-tie up, drizzle in honey, place on ant hill. Enjoy! 10-syringe it full of fuel. Roll it in it, and make a line of gas between the mother and the baby and light. Place the baby on one side of the fire and with the mother on the other, ideally the baby will rush to the mother (through the fire) igniting what I'm gonna call a macaque-ma'bomb.

Label: Forwarded
4/7/2023 4:02:40 PM(UTC+0)

From: [redacted]
11 - set a bunch of mouse traps and make the baby run through them to get to the mother

4/7/2023 4:02:40 PM(UTC+0)

From: [redacted]
Ya said you needed ideas so I'm just forwarding the list to ya

4/7/2023 4:03:07 PM(UTC+0)

From: [redacted] 仏
Nice nice ncie

4/7/2023 4:10:43 PM(UTC+0)

**From:** ████████
Boiling water is always a good one
4/7/2023 4:47:07 PM(UTC+0)

**From:** 5816250446 Simian Sam (owner)
Boiling oil
4/7/2023 4:51:11 PM(UTC+0)

**From:** 5816250446 Simian Sam (owner)
Make its skin look like kfc chicken
4/7/2023 4:52:33 PM(UTC+0)

**From:** ████████
Stab him once and watch that POS bleed out little by little. Pigtails being the dramatic POS that they are are preferred. You can sense the screaming dwindle down by the minute.
4/7/2023 4:55:13 PM(UTC+0)

**From:** ████████
Set its mudflap on fire while it's clinging onto the female
4/7/2023 5:11:29 PM(UTC+0)

**From:** ████████
Safety pin it's nuts to its bottom lip!
4/7/2023 5:16:24 PM(UTC+0)

**From:** ████████
Its out there flopping around. Just thinking about safety and I mean.. its called a safety pin…
4/7/2023 5:17:04 PM(UTC+0)

➤ Forwarded
**From:** ████████
Come to Lucu galleria part 3 !!!!!
**Label:** Forwarded
4/7/2023 5:27:55 PM(UTC+0)



**Reply**
From: [redacted]

> **Forwarded**
> From: [redacted]
> Aye people I don't have long so send me over some ideas ASAP no fatalities (yet)
> Label: Forwarded
> 4/7/2023 3:22:39 PM(UTC+0)

I did like the Jesus idea some suggested earlier. Seems appropriate

Label: Reply
4/7/2023 3:24:24 PM(UTC+0)



**Reply**
From: 5816250446 Simian Sam (owner)

> **Forwarded**
> From: [redacted]
> New Piece of shit coming tonight to a theater near u. Any ideas ? Send em
> Label: Forwarded
> 4/7/2023 3:18:39 PM(UTC+0)

Save this for later bit Crush hands feet in vice end with slowly crushing head backing pressure off and reapplying it later

Label: Reply
4/7/2023 3:24:27 PM(UTC+0)

From: 5816250446 Simian Sam (owner)
I want to see rat go into sezures
4/7/2023 3:25:57 PM(UTC+0)



**Reply**
From: [redacted]

> **Forwarded**
> From: [redacted]
> Aye people I don't have long so send me over some ideas ASAP no fatalities (yet)
> Label: Forwarded
> 4/7/2023 3:22:39 PM(UTC+0)

I want to see something get brain damaged. Small bore drill in the skull. Make it feel funny, and then just beat the fuck out of it

Label: Reply
4/7/2023 3:25:59 PM(UTC+0)

From: [redacted]
I'll be expecting the screenshot
4/7/2023 3:26:21 PM(UTC+0)



**Reply**
From: 5816250446 Simian Sam (owner)
From: [redacted]
^^this
4/7/2023 5:46:20 PM(UTC+0)

He was very active on the kitchen sites a couple of weeks ago

**Label:** Reply
4/10/2023 12:21:25 AM(UTC+0)

**Reply**
From: 5816250446 Simian Sam (owner)
From: [redacted]
Aron i have a safe fb group which i can guarantee has NO KARENS. Got some nice vids in there too. Send me a DM. I'll add you there. It maybe a small group but everyone in that group contributes vids.
4/7/2023 5:36:04 PM(UTC+0)

Laying low means he's free then

**Label:** Reply
4/10/2023 12:25:14 AM(UTC+0)

From: [redacted]
If I were a VO, I would slather the bebe with depilatory cream, just leave it to irritate the skin and and cause discomfort without actual harm. Then I think hairless alien bebe would be more fun to play with but wouldn't have to worry about the burnt monyet smell ^^

4/10/2023 12:26:05 AM(UTC+0)

From: [redacted]
Wassssaaaannin
4/10/2023 12:27:21 AM(UTC+0)

**Reply**
From: [redacted]



From: [redacted]
If I were a VO, I would slather the bebe with depilatory cream, just leave it to irritate the skin and and cause discomfort without actual harm. Then I think hairless alien bebe would be more fun to play with but wouldn't have to worry about the burnt monyet smell ^^
4/10/2023 12:26:05 AM(UTC+0)

You know my vo sold a video to manuel and now its everywhere its not manuels fault he must have a mole in his group and i hope its not the reason my vo went dark since i wait for my third video for nearly 10 days now.

**Label:** Reply
4/10/2023 12:28:53 AM(UTC+0)



**From:** [redacted]
Hey there , and welcome to Lucu Galleria Finale! How are you?
4/11/2023 3:06:07 PM(UTC+0)

**From:** System Message System Message
<[redacted] joined the group via link>
4/11/2023 3:08:57 PM(UTC+0)

**From:** [redacted]
Hey there Cathy, and welcome to Lucu Galleria Finale! How are you?
4/11/2023 3:08:57 PM(UTC+0)

**From:** [redacted]
Well rose is very talkative today
4/11/2023 3:09:16 PM(UTC+0)

**From:** 5816250446 Simian Sam (owner)
Bitch still owes me money but she doesn't talk about me that does she
4/11/2023 3:16:00 PM(UTC+0)

**From:** [redacted]
**Attachments:**
**Size:** 0
(Empty File)
4/11/2023 4:27:36 PM(UTC+0)

**From:** [redacted]
**Attachments:**
**Size:** 0
(Empty File)
4/11/2023 4:27:39 PM(UTC+0)









| 2 | **Start Time:** 4/21/2023 4:29:56 PM(UTC+0) |
|---|---|
|   | **Last Activity:** 4/23/2023 11:25:35 PM(UTC+0) |
|   | **Number of attachments:** 2 |
|   | **Source:** Telegram |
|   | **Account:** Simian Sam |
|   | **Body file:** chat-6.txt |
|   | **Participants:** |
|   | 5816250446 Simian Sam (owner) |
|   | [redacted] |
|   | **Identifier:** 35782356397 |

**From:** 5816250446 Simian Sam (owner)
**Attachments:**
**Size:** 36549
**File name:** AnimatedSticker.tgs
AnimatedSticker.tgs
4/21/2023 4:29:56 PM(UTC+0)

**From:** 5816250446 Simian Sam (owner)
Can you get me back on [redacted]
4/21/2023 4:30:40 PM(UTC+0)

**From:** [redacted]
Sure. You gotta message me when I ask everyone to. It's because I need to know what's going on, make sure I know who's leaking info etc because I don't want to keep getting messages from other people who love drama (not to be named) just because I said or did something in my own group.
4/21/2023 11:14:24 PM(UTC+0)

**From:** 5816250446 Simian Sam (owner)
Ya, I get you. It's pretty tiresome to even be reading the crap no less being the target of it. You know, this is a pretty simple thing, hating macs, because there is a lot to hate. But those who create drama, they aren't us. They're here because they're terrible people just need to seek attention. I guess I misinterpreted your directions. I just responded to the group chat and not DM'ed you. My bad. If you can see your way to get me back in I would be grateful. BTW I'm working on creating original content again. I want to buy some equipment for the VO. When the time comes it will be tightly controlled as possible. It will be on my own server with only 7 proven people allowed tops. No more. The content will be free to only those 7. The first addition of people will be about 4. The remaining three will be added only after unanimous consent of the 4. Public release of my materiel will happen after new content has aged three months and at my sole discretion, I believe this will keep the potential for frauds out. Naturally you will be in the first four.
4/23/2023 5:30:27 PM(UTC+0)

