```
Timestamp: 4/20/2023 8:43:13 PM(UTC+0)
Source App: Telegram
Body:
Btw, in two words, what is that scandal around lizzy gal?
------------------------------
From: 2116160092 Sm
Timestamp: 4/20/2023 8:43:38 PM(UTC+0)
Source App: Telegram
Body:
She seemed like 100/100 MH if i remember her correctly
------------------------------
From: 2116160092 Sm
Timestamp: 4/20/2023 8:44:02 PM(UTC+0)
Source App: Telegram
Body:
I missed all drama trying to feed lawncutter with jizz
------------------------------
From: 5214288880 B P
Timestamp: 4/20/2023 8:48:00 PM(UTC+0)
Source App: Telegram
Body:
Basically she was and maybe is MH. But also she is attention whore and she was ready to
snitch about Nico for take down him and his VO, even if it would harm for whole community,
just because she didn't want be called karen
------------------------------
From: 5214288880 B P
Timestamp: 4/20/2023 8:48:39 PM(UTC+0)
Source App: Telegram
Body:
Generally drama started when I removed her from being admin in kitchen for leaking
screenshots from private admins group
------------------------------
From: 2116160092 Sm
Timestamp: 4/20/2023 8:50:54 PM(UTC+0)
Source App: Telegram
Body:
U mfs hab private groups
------------------------------
From: 2116160092 Sm
Timestamp: 4/20/2023 8:51:05 PM(UTC+0)
Source App: Telegram
Body:
I bet lots of diccpiccs dere
------------------------------
From: 2116160092 Sm
Timestamp: 4/20/2023 8:51:14 PM(UTC+0)
Source App: Telegram
Body:
And puspiccs
------------------------------
From: 5214288880 B P
Timestamp: 4/20/2023 8:51:16 PM(UTC+0)
Source App: Telegram
Body:
For admins of kitchen. It's absolutely top secret bro
------------------------------
From: 5148397962 PINHEAD MXCHAEL
```

```
871569294 BRYLHINDRR ARJEA, 545136163 BatchID, 5316840314 SZ, 1863321981 Alex, 5964703082
Eduardo Torres, 5422501414 C C, 5762746661 Monyett Soprano, 5527608274 Fractiliann,
1933969039 l v, 5101659925 Жоски манул, 5004249132 Mac nugget, 5235390329 River River,
5667432008 M, 5201270750 41%, 5351880441 Gasparcito, 5879336995 Chemo Chelas, 5408923412
Bryan, 1519489446 Cuenta eliminada
From: 10238567113
Timestamp: 8/11/2022 2:51:01 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_0a6976e7-72b4-4697-b42f-b2892904a305.jpg
Body:
Hi Karenmafia here, this is a group for unite the community in situations where groups are
deleted and displaced. Its a public group cause i wan to get the most public possible.
Despite we will have infiltrations of real Karen gangsters. That's why this group dont have
any media of monkeys get what they deserve(discipline).
------------------------------
From: 10238567113
Timestamp: 8/11/2022 3:41:54 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_8f93a474-6c5c-4f4d-801c-e55056654d8b.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 8/12/2022 2:06:34 AM(UTC+0)
Source App: Telegram
Body:
Greetings dear fine food tasters, maybe I'm wrong but I can already see content (videos) in
The forum.  You all can confirm?
------------------------------
From: 5560100268 Sweet Pea's Arboreal Hot Carl
Timestamp: 8/12/2022 2:10:19 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_animation.gif.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 8/12/2022 8:34:33 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_d7b308f9-84a0-4ab2-96dc-7ed881bdf8c4.jpg
Body:
Hi karenMafia here.
I obviously know about the link in 0chan since the first time.
But since this is a group without nothing to report Karens dont have any power here.
 They've never had it anywhere anyway.
As i say, this is a group to unite the community to stay informed about the latest news
from our community.
Contact with the true ones, i know some of you monkey enjoyers, some of you were admins of
other groups, a trusted monkey lovers.

So now to resolve the karens question.
I hear proposals.
For example some of you have monkey photos in your accounts, it can be funny to force
```

```
Source App: Telegram
Body:
I would love this too!
------------------------------
From: 5631608126 Red Warning
Timestamp: 8/29/2022 4:01:48 AM(UTC+0)
Source App: Telegram
Body:
These rats torture what they see. They don't care who or what they torture as long as they
can satisfy their desire. All monkeys should be subjected to torture. Train all animals how
to hunt monkeys.
------------------------------
From: 518027516 Cloudy
Timestamp: 8/29/2022 4:07:53 AM(UTC+0)
Source App: Telegram
Body:
All animals are dirty and just inferior, I enjoy watching all animals suffer, not only
these rats
------------------------------
From: System Message System Message
Timestamp: 8/29/2022 4:08:02 AM(UTC+0)
Source App: Telegram
Body:
<Fast Finger Freddy invited Fast Finger Freddy>
------------------------------
From: 518027516 Cloudy
Timestamp: 8/29/2022 4:08:13 AM(UTC+0)
Source App: Telegram
Body:
Wanna check other animal torture grups?
------------------------------
From: 5537564799 Zex Di
Timestamp: 8/29/2022 4:17:55 AM(UTC+0)
Source App: Telegram
Body:
Noup  thanks! I like only these rats!
------------------------------
From: 5196536125 Diablo II Wizard
Timestamp: 8/29/2022 4:19:40 AM(UTC+0)
Source App: Telegram
Body:
You have an odd questions 😅
------------------------------
From: 5196536125 Diablo II Wizard
Timestamp: 8/29/2022 4:21:26 AM(UTC+0)
Source App: Telegram
Body:
... and sounds like a Karen lols
------------------------------
From: 5537564799 Zex Di
Timestamp: 8/29/2022 4:21:47 AM(UTC+0)
Source App: Telegram
Body:
😂
------------------------------
From: 591286807 TARNicus maximus
```

```
------------------------------
From: 5590011085 林永達 林
Timestamp: 9/6/2022 2:33:07 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_Surprise5.jpg
Body:

------------------------------
From: 5391505577 A♤
Timestamp: 9/6/2022 3:39:51 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_jim-carrey-scared.jpg
Body:

------------------------------
From: 5305180450
Timestamp: 9/8/2022 12:58:11 AM(UTC+0)
Source App: Telegram
Body:
We need to spread this doctrine about the macaque human hybrids
------------------------------
From: 10238567113
Timestamp: 9/8/2022 1:11:12 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_nonsense-manbearpig.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 9/8/2022 3:05:14 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_bee37c9a-27a0-442c-bf8d-658453e3ef46.jpg
Body:
Hi Good Morning MonkeyOkeBros.
 KarenMafia here.

 Well i just made another account in Minds.
 Some of you already know since we hit 100 suscribers there lol.
 As usual the direct link is here:
 https://t.me/+4InQKUcVsbVmMGJh

 It's just another experiment since is already compromised and surely reported by karens.
 Is a weird app since sometimes i upload a video and dissapear and much later appear so maybe there is some errors but most videos are there let's see if it last this day.
------------------------------
From: 10238567113
Timestamp: 9/10/2022 12:34:26 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_620bba87-026e-4765-a067-f9205aa00e58.jpg
Body:
```

```
#1: chats\Telegram_Simian Sam\attachments52\thumb_goldenarm-ahmed-bharoocha.jpg
Body:

------------------------------
From: 5391505577 A♤
Timestamp: 9/15/2022 6:48:35 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_how-do-you-do-fellow-kids-steve-
buscemi.jpg
Body:

------------------------------
From: 717378184 DSP87
Timestamp: 9/17/2022 8:30:44 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_gordon-ramsay-delicious.jpg
Body:

------------------------------
From: 5524798422 Spirit
Timestamp: 9/18/2022 9:30:16 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_470291a0-67a6-43b8-a655-34a4ceb4a69b.jpg
Body:
https://fb.watch/fCDHeqwx1Y/
------------------------------
From: 5527709013
Timestamp: 9/18/2022 4:04:29 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_stranger-things-fire.jpg
Body:

------------------------------
From: 5763490249
Timestamp: 9/20/2022 12:00:00 AM(UTC+0)
Source App: Telegram
Body:
susan wojcikci needs to sue ndprim8abuse
------------------------------
From: 10238567113
Timestamp: 9/20/2022 12:54:45 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_77479ca3-8712-4d03-a3a0-e587fe31ccb2.jpg
Body:
Should I ban EndPrim8Abuse from this group?
------------------------------
From: 2093381756 Robert Young
Timestamp: 9/21/2022 3:26:11 PM(UTC+0)
Source App: Telegram
Body:
I would shove small objects up its anal cavity and mutilate its genitals.
------------------------------
```

```
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_robinhood-alanrickman.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 10/13/2022 4:23:09 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_clapping-hands.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 10/15/2022 2:09:57 AM(UTC+0)
Source App: Telegram
Body:
You can tell by the yellow tinge of that mystery liquid and the bead on the plastic.
------------------------------
From: 10238567113
Timestamp: 10/15/2022 2:13:45 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_bingo-tarantino.jpg
Body:

------------------------------
From: 5399046180 Yugi Moto
Timestamp: 10/18/2022 10:22:46 PM(UTC+0)
Source App: Telegram
Body:
Admin has said stuff before. Tells everyone to be careful and also not to share certain links.
------------------------------
From: 5643247907 Jaden million pity Die by the Banana
Timestamp: 10/18/2022 10:23:33 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_good.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 10/23/2022 5:28:13 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_de32cca9-f4e2-4be0-a9fb-4803588e3253.jpg
#2: chats\Telegram_Simian Sam\attachments52\thumb_e5a346ce-5a9e-4007-a923-b555d969e956.jpg
Body:
Communicate securely with TeleGuard!
Download for free: https://teleguard.com
My TeleGuard ID: ZFS9F6HC5
Username: KarenMafia
------------------------------
From: 10238567113
Timestamp: 10/24/2022 9:39:55 AM(UTC+0)
```

```
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_1666600615918594.gif.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 10/25/2022 8:33:47 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_c8b0128b-a473-4221-a906-50f7e302dac8.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 10/26/2022 10:49:33 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_44c1d2e6-1d0c-4110-9363-33380b7f7050.jpg
Body:

------------------------------
From: 10238567113
Timestamp: 11/4/2022 5:30:48 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_0c2c784c-d605-4ebf-8a6d-3a0ce742ab48.jpg
Body:
Hi KarenMafia here.
I changed cellphone recently. Long story.
I'll go directly to the point.

I made this group for all the people who still want to join Teleguard.
Just add your ID or name if you already sendeed an invite.

https://t.me/+WqYvWbwK1WZiOTRh
------------------------------
From: 10238567113
Timestamp: 11/22/2022 7:32:05 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_acting-was-i-far-cry6(5).jpg
Body:

------------------------------
From: 10238567113
Timestamp: 11/24/2022 5:50:55 AM(UTC+0)
Source App: Telegram
Body:
New Teleguard: JT4MFTAVT
------------------------------
From: 5303944417
Timestamp: 11/29/2022 7:33:18 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_496f2802-d5dd-4a99-866c-7b1e40673b1a.jpg
Body:
```

```
Скачать бесплатно: https://teleguard.com
Мой TeleGuard ID: CBTBLQAWS
Никнейм: sajkee
------------------------------
From: 1437506618 George Jungle
Timestamp: 12/3/2022 1:12:45 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_9f867ec1-115e-43b9-8aa3-f36d07400309.jpg
Body:
If you're looking to get into a group and don't want to just get invited into some shit
show with no real content that's going to get pulled down any minute, AND YOU'RE WILLING TO
WAIT AROUND FOR A LITTLE WHILE.

We have a room for vetting people and learning about them so that they don't need someone
to vouch for them to get into the real groups. There's no posting images just conversation
and us getting to know you so that you can come to Disneyland and see the groups that have
everything.

T.me/monkeypassion

I look forward to seeing you guys there
------------------------------
From: 5927976749 Andres
Timestamp: 12/3/2022 3:30:27 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_efaac809-8d7d-4910-a152-e1c63d1096dd.jpg
Body:
¡Comuníquese con seguridad con TeleGuard!
Descarga gratuita: https://teleguard.com
Mi TeleGuard ID: AB7ZSFKEB
Nombre de usuario: aochoa
------------------------------
From: 5343011348 Adrian
Timestamp: 12/3/2022 4:36:22 AM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_8d71bd11-7aeb-4fbf-be55-09aa8146eb83.jpg
Body:
¡Comuníquese con seguridad con TeleGuard!
Descarga gratuita: https://teleguard.com
Mi TeleGuard ID: LW9JTJAHA
Nombre de usuario: AAA
------------------------------
From: 5643247907 Jaden million pity Die by the Banana
Timestamp: 12/3/2022 10:01:18 PM(UTC+0)
Source App: Telegram
Attachments:
#1: chats\Telegram_Simian Sam\attachments52\thumb_48f4952f-6977-4048-8115-5d578c79bfa8.jpg
Body:
https://youtu.be/HsSssbs-Sso
------------------------------
From: 10238567113
Timestamp: 12/8/2022 4:59:26 AM(UTC+0)
Source App: Telegram
Attachments:
```