Alex Schatt

5241 Lincoln's drive apt 118

55436

My name is Alex Schatt and I have know Jeff Radtke for the majority of my life. Over 10 years ago my mother introduced me to Jeff as someone she was seeing and Jeff very quickly stepped into my life as a loving and deeply caring step father.

Through my adolescents I saw Jeff as a guiding force for both my academic career and also my own character. Jeff demonstrated for me how to have strong convictions and a strong moral compass. I consider Jeff to be a large part of the reason the person I have come to be and will always be thankful for the love and care he provided me despite not being related by blood.

Our family has always kept animals, and despite what has happened I feel that, as he has always been, capable of providing the love and support that any pet needs. I believe this not only because my childhood pets have thrived, but also because I know that Jeff is getting the help he needs through therapy. Since Jeff started seeing his therapist I have seen the change in his demeanor and the return of the person I know as my step father.

Alex

*Alex Schatt*

2025-02-06

# Signature Certificate

Reference number: AUCFP-NHASZ-BZXVV-DDH5Z

| Signer | Timestamp | Signature |
|---|---|---|
| **Alex Schatt**<br>Email: alex.schatt00@gmail.com | | |
| Sent:<br>Viewed:<br>Signed: | 06 Feb 2025 18:15:42 UTC<br>06 Feb 2025 18:16:01 UTC<br>06 Feb 2025 18:16:14 UTC | *Alex Schatt* |
| **Recipient Verification:** | | IP address: 198.98.202.192 |
| ✓ Email verified | 06 Feb 2025 18:16:01 UTC | Location: Hopkins, United States |

Document completed by all parties on:
06 Feb 2025 18:16:14 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.



My name is Davis Radtke, and I am the nephew of Jeff Radtke. I have known my uncle my entire life, and he has always been a close member of our family. Jeff has asked me to write a letter on his behalf before his sentencing in February, and I am honored to do so and hope I can offer some insight into his character.

Jeff has always been someone who deeply values knowledge and personal growth, both for himself and for those around him. He is the kind of person who enjoys both the deepening and sharing of his understanding of the world, not just to inform but to inspire others to think critically and reach their full potential. In many ways, he is both a student and a teacher of life. "Ask Uncle Jeff for the time, and he'll tell you how to build a clock" perfectly encapsulates his enthusiasm for learning and his desire to see others succeed by embracing their unique strengths.

I believe that the actions leading to his conviction were out of character for Jeff. He has faced difficult moments in life, perhaps more than most, and I personally feel that he was in a darker place than usual when he made the decisions that brought him before the court. However, what I do know for certain is that he understands the gravity of his crime and is fully committed to making the necessary changes in his life to ensure anything like this never happens again.

I respectfully ask that you take this letter into consideration when determining his sentence. Jeff has always been someone with strong principles, and I truly believe that, given the opportunity, he will use this experience to grow and improve as a person.

Thank you for your time and consideration.

Sincerely,

Davis Radtke

Dear Judge,

I am writing this letter to provide character reference for my brother Jeff Radtke. As their sibling, I have known him my entire life and can attest to his character, values, and the remorse he has shown for his actions.

Growing up together, I have witnessed the kind-hearted and responsible person Jeff truly is. He has always been a caring and supportive family member, showing love and dedication to those around him. When I was young he was always looking out for me as our mom was dealing with her own issues. When our parents were together, and they would argue, he and my sister would take me elsewhere and would make me laugh by distracting me and being silly. He also encouraged me when I was in elementary school when I was learning to play the drums. He would even pay for lessons. We had several pets both cats and dogs and was always kind to them. Despite the circumstances that bring him before this court, I believe this incident does not define who he is as a person.

Since the events leading to this case, I have seen genuine remorse in Jeff. He has taken responsibility for his actions and is committed to making amends. He has also made efforts to better himself by seeking counseling.

I respectfully ask the court to consider Jeff's character, remorse, and potential when determining an appropriate sentence. I truly believe that given the opportunity he will take this experience as a turning point to be a better person.

Thank you for your consideration.

Sincerely,

Jayson Radtke

*Jayson Radtke*

2025-02-06

# Signature Certificate

Reference number: EP8NB-RXFHH-CU36Q-P6BBP

| Signer | Timestamp | Signature |
|---|---|---|
| **Jayson Radtke**<br>Email: ratpilot@comcast.net | | *Jayson Radtke* |
| Sent: | 06 Feb 2025 18:10:40 UTC | |
| Viewed: | 06 Feb 2025 18:11:39 UTC | |
| Signed: | 06 Feb 2025 18:13:13 UTC | |
| **Recipient Verification:** | | IP address: 104.28.97.32 |
| ✔ Email verified | 06 Feb 2025 18:11:39 UTC | Location: Minneapolis, United States |

Document completed by all parties on:
06 Feb 2025 18:13:13 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.



1/30/2025

To Whom It may Concern,

I have known Jeff Radtke for over 40 years, he has always been a good person in my opinion.

I am married to his sister for 37+ years and Jeff has been a great Uncle to our 3 sons, he has owned many animals during the time I've known him and has always treated them well.

It appears to me he had a temporary lapse of judgment during a low point in his life.

I know he is ashamed and remorseful of his behavior in this incident; he has made the effort to meet with every family member and explain what he did and take ownership of his poor behavior.

I believe this was a wakeup call and there will never be another issue of any kind.

*[signature]*

Jeffrey Loren Beaudoin

Jenifer Beaudoin
171 E 107th Street Circle
Bloomington, MN 55420
Jeniferbeaudoin@msn.com

February 2, 2025

Dear Judge and others involved in the case with Jeffrey P Radtke,

Jeffrey Radtke is my eldest brother for the 59 years of my life. There are three of us siblings that are very close and have weathered a stormy at times upbringing. I am aware of the charges that Jeff has pleaded guilty to, but based on my personal experiences with Jeff, I feel compelled to share insight into his character.

Jeff has always demonstrated qualities of kindness, caring and patience. During our school age years Diane our mother at times had volatile behavior to the point of being emotionally, verbally and physically abusive to Jeff and to some extent to me and my younger sibling Jayson. When she would start yelling at our father it was Jeff that would lead in the shielding of Jayson from witnessing the dysfunction of the situation. Often Jeff would bring us away and distract with humor till things calmed down. He showed protective and caring qualities. That is who he is today.

Jeff being the eldest was Diane's punching bag so to speak. Be it verbally or physically with slaps across the face. Without going into further detail, I will just leave it that Jeff being the eldest took the brunt of the generational curse of abuse.

With such a dysfunctional beginning, Jeff has been a wonderful uncle to our three sons. Always sharing his talents of guitar and music. Always taking time out to share in his nephews' joys. Many hours of attending school concerts and events. Taking time to chat and find out what is important to our children.

Something that I believe is relevant and important in Jeff's case is his love of animals. He has owned pets and been around our pets. Never and I will repeat never has he ever been cruel or teased the animals.

I foster dogs for a rescue. Jeff has always showed interest and tender care to all the animals I have had.

Jeff and I have had many discussions about what he did and how he in now getting the help he needs from growing up in an abusive home. I wish he would have gotten the help sooner in order to avoid the dark path he took as a way to cope. He is ashamed and remorseful of his actions that brought him to this court.

Recipient Name
February 2, 2025
Page 2

Thank you for considering my perspective in your evaluation of Jeffrey P Radtke. I am available for any further information you might require.

Sincerely,

*Jenifer M Beaudoin*

Jenifer M Beaudoin

Matthew Beaudoin<br>
2841 Quebec Ave S.<br>
Saint Louis Park, Minnesota 55426<br>
952-270-3422<br>
1/30/2025

Dear Judge,

My name is Matthew, and I am writing this letter to recommend my uncle, Jeff, a man for whom I have deep admiration and respect. As his nephew, I have been fortunate to witness his character and generosity first hand throughout my life. Though he has made mistakes recently, these mistakes do not define his character. He is someone who takes responsibility for his words and for his actions.

My uncle has always been a pillar of inspiration for me, particularly in fostering my love for music. He took me to my first concert, a Christian rock band, an experience that sparked a lifelong passion for music. Despite his busy schedule and financial constraints, he has continuously prioritized providing me with remarkable experiences in the music space. When my first guitar was stolen during a car break-in, without hesitation, he gifted me another one, exemplifying his generous nature.

His generosity extends well beyond our family. As a dedicated history teacher, he has touched the lives of many students with his boundless passion and deep well of knowledge. His ability to speak on historical topics for hours while keeping his audience engaged is a testament to his exceptional teaching skills. His passion is truly infectious, making learning a joyous experience for all who have the privilege of being in his classes.

Every year around Christmas, I secretly hope that he draws my name for Secret Santa, knowing he will thoughtfully choose books that will challenge what I thought I knew about the world, expanding my horizons, which is something he has a true talent for.

He has always had a deep love for animals, whether it be his own cats or my dogs over the years. His recent mistakes do not define him and I would not hesitate to trust him with my own dog who I care for deeply. Though these wrongs were derived from a dark place, his reflections on these mistakes have made him a better person and have served to better help me reflect on what kind of person I want to be.

In conclusion, my uncle is a person of outstanding character, whose generosity, passion, and dedication to education have left a positive impact on those around him. He has taught me so much about what it means to have character and how to grow, even from mistakes such as these. Thank you for taking the time to consider my heartfelt letter.

Sincerely,

Matthew Beaudoin

*Matthew Beaudoin*

2025-02-06

# Signature Certificate

Reference number: TJUJR-DN4UA-Q8SVV-TMFC6

| Signer | Timestamp | Signature |
|---|---|---|
| **Matthew Beaudoin**<br>Email: mpopt2@gmail.com | | |
| Sent: | 06 Feb 2025 18:14:13 UTC | *Matthew Beaudoin* |
| Viewed: | 06 Feb 2025 20:26:00 UTC | |
| Signed: | 06 Feb 2025 20:26:16 UTC | |
| **Recipient Verification:** | | IP address: 63.231.158.75 |
| ✓ Email verified | 06 Feb 2025 20:26:00 UTC | Location: Minneapolis, United States |

Document completed by all parties on:
06 Feb 2025 20:26:16 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

