**Benjamin Thompson, MA, LPCC**
Minnesota Mental Health Clinics
2785 White Bear Ave, #403
Maplewood, MN 55109

**January 23, 2025**

**Christa Groshek**
Groshek Law
302 N 10th Ave
Minneapolis, MN 55401

**Re: J. Radtke – Therapeutic Progress Summary**

Dear Ms. Groshek,

I am writing as a licensed professional clinical counselor to provide an objective summary of my work with J. Radtke, who has voluntarily engaged in individual therapy at Minnesota Mental Health Clinics and CARE Clinics since February 2024. He has attended weekly sessions consistently for approximately one year.

At the time of admission, Mr. Radtke was diagnosed with **Panic Disorder**, and his current diagnosis is **Other Specified Anxiety Disorder**. Throughout the therapeutic process, he has maintained regular attendance, actively participated in sessions, and verbally reported gaining insight into his identity and behaviors, as well as expressing remorse. It is important to note that these reports are self-expressed and should not be interpreted or extrapolated as definitive evidence of broader conclusions beyond the therapeutic setting.

Mr. Radtke's engagement and participation in therapy could likely indicate a commitment to addressing his mental health and fostering personal growth. While the process remains ongoing, his consistent involvement suggests he is prioritizing self-improvement.

Should the court require further clarification, I am available for additional correspondence at **651-262-1440** or bthompson@mnmentalhealth.com. However, please note that I cannot attest to any additional interpretation beyond confirmation of the written record.

Sincerely,

*[signature]*

Benjamin Thompson, MA, LPCC
Minnesota Mental Health Clinics