**gl groshek law**

## MEMO

TO: The File
FROM: Christa Groshek and Chelsey Fischbach
RE: Conversation with Ben Thompson, MA, LPCC re Jeff Radtke- (612) 481-7923
Date: February 6, 2025

---

I have been practicing since 2008 and supervising other therapists for the last eight years.  I am currently the supervisor and Director of Mental Health services at Minnesota Mental Health Clinics.  I diagnosed Mr. Radtke with Anxiety Disorder, not a personality disorder.  Most people who have engaged in animal torture are diagnosed with antisocial personality disorder, which is a very difficult diagnosis to treat.

Mr. Radtke reported the details of this federal offense and his engagement in the conspiracy to torture monkeys in Indonesia, with videos of these acts distributed to him and other members of a Telegram group.  Throughout the last year in our weekly sessions,  (most of which have been in person for a higher level of commitment,) Mr. Radtke has demonstrated remorse and insight into his criminal acts as well as his family history of childhood abuse.

Mr. Radtke told me that when he viewed the videos, he pictured himself as the tortured animal.  From a clinical perspective, this makes sense.  Mr. Radtke used a surrogate to self project the pain he endured during his childhood.  It is very plausible that he saw himself in the tortured monkey.  "The Uncanny Valley theory fits him to a T."  His viewing of these videos was a way of examining of what happened to him as a child and it allowed him to help resolve his own pain and trauma.  Watching the videos is one degree removed from the abuse.  People have used this technique as a means to try and resolve something that is very difficult. Mr. Radtke's use of these videos is akin to a person who relives the trauma in talk therapy over and over again.

A method to resolving these issues is "narrative therapy."  First, all moral value is subtracted from the behavior.  Then, the patient can examine their behavior from an associative cause and effect set of principles.  It is only when we do the first stage of removing all of the moral value and shame, that one is able retell the narrative to explain how something so horrid like this could happen.  Once the patient puts themselves into the story, real work can begin on how to release and resolve the underlying trauma.

Mr. Radtke's offense was made easier because of the anonymity of the internet.  We have a Treatment Plan in place that we are following to address his issues.

**302 N 10th Avenue Minneapolis, MN 55401**
**(p) 612 827-3833 (f) 612 294-2565**
**grosheklaw.com**

2