Dear Judge Haynes,

I write this letter to make clear to you that I am very remorseful for my actions. The pain I caused to defenseless animals has no excuse. I make no excuses. I am deeply ashamed of my actions. I wish I could turn back time and not do what I did. But all I can do now is move forward the best way I can.

One part of moving forward for me is understanding why I did what I did. Because I want to make sure I never get close to doing it again. And looking back it, I have always had pets and respected animals, so the fact that I caused torture to animals has even been hard for me to now understand. It has taken a lot of time and work with my therapist to get to the bottom of it.

The more and more therapy I do, the more I realize that the way I grew up formed who I am today. While I take full responsibility for the choices that I made as a man, I now understand that my childhood trauma caused me to view myself and life from a very skewed and broken perspective.

As I know you are aware, my mother verbally and physically abused me all throughout all of my growing up years.  My father also physically abused me.  I was sexually abused around the time of puberty by a "family friend."  All of these experiences left me feeling worthless and abandoned.  As to my father's physical abuse and the sexual abuse, I experienced feelings of inadequacy and I have continually sought to prove myself as a man, but in reality, I always fell short as evidenced by my mental health problems, lack of career success and the absence of long term intimate relationships.

My failures in life as a man were one thing, but my mother's abuse is quite honestly what broke me. Her constant slapping and hitting and her verbal put downs led me to work 30 hours a week while going to high school to get out of the house. By early adulthood, I had strong feelings of worthlessness and self-hate, as well as the feeling of insecurity and rejection from the one person who should have nurtured me, my mother.

During the pandemic, my mother was in the middle stages of dementia. Once I could finally visit her, she no longer recognized me. And with that, any chance of acknowledgement of her abuse, reconciliation, or closure was gone. The rejection I had spent years trying to overcome now had no answer.

I was so tired of dealing with the feelings that were left in the wake of her abuse, I wanted to destroy myself.  I had engaged in therapy on and off before, but it never got rid of the pain of rejection, worthlessness and abandonment that I still felt all of these years later.

When I came across the monkey torture videos, I immediately recognized myself as the defenseless monkey. I now know through therapy that my engagement with this horrific content as I imagined that it was me getting my deserved punishment, somehow it allowed me to let go of my pain from my

abuse as a child.  Watching the videos and talking to the group and the Indonesian man about the content of the videos desensitized me not only to the animals' pain but my own.

I now also realize through counseling that my involvement in this case was me projecting my story onto these monkeys' nightmares.  The degree of separation that existed because they were animals allowed me to relive and let go of my own pain in a way that I was not able to do in therapy previously.  I realize now the horror of my selfish actions, and the unhealthy and maladaptive way that I used these animals.  I rationalized my actions because they were considered pests and were used as test subjects. My excuse was that I was saving myself by destroying them.  I can now honestly say that I recognize the error of my ways.

I continue to deal with the feelings of worthlessness. It is only through the work with my current therapist that I can face the truth:  I hate myself but now I also hate what I did to these monkeys.

So, as the Court considers what my sentence should be, I humbly ask that you consider a sentence that allows me the opportunity to be close with my family and continue working with the therapist that I've worked so hard with over the last year. I've made some of the farthest gains in my life the last year, and I believe that through this experience, my progress will continue.  I remain committed to not only my therapeutic process so I can finally heal and stop hurting innocent animals.  I also want Your Honor to know that I will do what I can to deter others engaging in the same behavior.

Respectfully and humbly,

Jeffrey Radtke